[No. 14117-9-III.     Division Three.     December 20, 1994.]

DENNIS PATTERSON, *Appellant*, v. THE SUPERINTENDENT OF PUBLIC INSTRUCTION, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-2-01409-7, Larry M. Kristianson, J., entered

April 21, 1993. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, J. Now published at 76 Wn. App. 666.